IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RIDER,

        Plaintiff,                    No. 2:10-cv-0662 KJN P

    vs.

J. WALKER, et al.,

        Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court; and

////

////

1

1  　　　　　2. Plaintiff shall submit, within thirty days from the date of this order, a fully
2  completed in forma pauperis application. Plaintiff's failure to comply with this order will result
3  in a recommendation that this action be dismissed without prejudice.
4  DATED: March 24, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ride0662.3c