1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ANDRE RIDER,

11          Plaintiff,                  No. 2: 10-cv-0662 KJN P

12      vs.

13  J. WALKER,

14          Defendant.                  ORDER

15  _____/

16          On April 27, 2011, defendants Gyaami and Paulsen filed a motion to dismiss for

17  failure to exhaust administrative remedies and for failure to state a claim pursuant to Federal

18  Rule of Civil Procedure 12(b) and 12(b)(6). Plaintiff has not opposed the motion.

19          Local Rule 230(l) provides in part: "Failure of the responding party to file written

20  opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21  the granting of the motion . . . ." On December 6, 2010 plaintiff was advised of the requirements

22  for filing an opposition to the motion and that failure to oppose such a motion may be deemed a

23  waiver of opposition to the motion.

24          Local Rule 110 provides that failure to comply with the Local Rules "may be

25  grounds for imposition of any and all sanctions authorized by statute or Rule or within the

26  inherent power of the Court." In the order filed December 6, 2010, plaintiff was advised

1  that failure to comply with the Local Rules may result in a recommendation that the action be
2  dismissed.
3         Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
4  date of this order, plaintiff shall file an opposition, if any, to defendants' motion to dismiss.
5  Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a
6  recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).
7  DATED:  June 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ri662.osc