IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RIDER,

    Plaintiff,                  No. 2: 10-cv-0662 JAM KJN P

    vs.

J. WALKER, et al.,

    Defendants.         ORDER

_____/

        Pending before the court is defendants' September 13, 2011 motion to modify the scheduling order. Pursuant to the June 9, 2011 scheduling order, discovery closes on September 30, 2011, and all pretrial motions are due on or before December 23, 2011.

        In the pending motion, defendants request that they be allowed to depose plaintiff on October 14, 2011. Good cause appearing, defendants' motion is granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' motion to modify the scheduling order (Dkt. No. 37) is granted;

        2. Defendants may depose plaintiff on October 14, 2011.

DATED: September 21, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

rid662.sch

1