1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDRE RIDER,

11              Plaintiff,                    No. 2:10-cv-0662 JAM KJN P

12         vs.

13   WALKER, et al.,

14              Defendants.                   ORDER

15   _____/

16              Plaintiff has requested the appointment of counsel.  The United States Supreme

17   Court has ruled that district courts lack authority to require counsel to represent indigent

18   prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In

19   certain exceptional circumstances, the court may request the voluntary assistance of counsel

20   pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991);

21   <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22   does not find the required exceptional circumstances.  Therefore, plaintiff's request for the

23   appointment of counsel is denied.

24   ////

25   ////

26   ////

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's October 17, 2011 motion

2  for the appointment of counsel (Dkt. No. 42) is denied.

3  DATED:  November 3, 2011

4

5                                    _____

6                                    KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE

7  ride0662.31kjn

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26