1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANDRE RIDER,

11          Plaintiff,              No. 2: 10-cv-0662 JAM KJN P

12     vs.

13   WALKER, et al.,

14          Defendants.            ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  On October 20, 2011, defendants filed a motion to compel

18   plaintiff to complete his deposition.  Plaintiff has not responded to this motion.

19          Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of

20   this order, plaintiff shall show cause for his failure to respond to defendants' motion to compel;

21   within that time, plaintiff shall file his response to defendants' motion to compel.

22   DATED:  December 6, 2011

23

24   _____
     KENDALL J. NEWMAN
25   UNITED STATES MAGISTRATE JUDGE

26   ri662.dep

1