IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE RIDER,

    Plaintiff,                    No. 2: 10-cv-0662 JAM KJN P

    vs.

WALKER, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On October 20, 2011, defendants filed a motion to compel plaintiff to complete his deposition. Plaintiff has not responded to this motion.

        Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause for his failure to respond to defendants' motion to compel; within that time, plaintiff shall file his response to defendants' motion to compel.

DATED: December 6, 2011

                                             KENDALL J. NEWMAN
                                             UNITED STATES MAGISTRATE JUDGE

ri662.dep

1